# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| George Lee Marshall Jr., | Case No. 2:22-cv-01551-RFB-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| RN/BC, | |
| Defendant. | |

Plaintiff initiated this case on September 15, 2022. ECF No. 1. Plaintiff's first filing did not include a filing fee or an application to proceed *in forma pauperis* ("IFP application"). *Id.* Accordingly, the Court ordered Plaintiff to file an IFP application or pay the filing fee by October 7, 2022. ECF No. 3. The Court advised Plaintiff that a failure to comply with its order would result in a recommendation that this case be dismissed. *Id.* Since this last order, Plaintiff has not taken any action in this case. Accordingly, it appears Plaintiff abandoned his case.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice and this case closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within 14 days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: December 7, 2022

_____
Brenda Weksler
United States Magistrate Judge